UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | |
| STEVEN HAROLD LOGA | NO.: 11-00062-BAJ-SCR |

## RULING AND ORDER

Before the Court is a **Motion Under 28 U.S.C. § 2255 (Doc. 27)**, filed by Defendant Steven Harold Loga ("Loga"), seeking an order from this Court vacating, setting aside, or correcting his sentence to, *inter alia*, a term of imprisonment of 46 months.[1] Plaintiff United States of America ("USA")opposes the motion. (Doc. 33).

On March 20, 2013, Loga's motion was referred to the assigned United States Magistrate Judge for Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. 35.) On May 3, 2013, Magistrate Judge Stephen Riedlinger issued his Magistrate Judge's Report (Doc. 39), recommending that the Court deny Loga's motion. Subsequently, Loga filed a timely objection to the Magistrate Judge's Report. (Doc. 41.)

---

[1]Loga also filed a supplemental memorandum is support of his motion entitled, "Steven Harold Loga 2255 Appeal Amendment to Grounds." (Doc. 29.)

Having carefully considered Loga's motion, the USA's memorandum in opposition, the Magistrate Judge's Report, Logan's written objection, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 39)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant Steven Harold Loga's **Motion Under 28 U.S.C. § 2255 (Doc. 27)** is **DENIED**.

Baton Rouge, Louisiana, this 27th day of June, 2013.

*[signature]*

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**